IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Stephen Fuhri, | ) |
|         Plaintiff, | ) |
| v. | ) Case No. 17 CV 50108 |
| | ) Magistrate Judge Iain D. Johnston |
| WD Services, LLC, | ) |
|         Defendant. | ) |

## REPORT AND RECOMMENDATION

Motion hearing held on January 25, 2018. Defendant was not present.

Before the Court is Plaintiff's Motion for Default Judgment. Dkt. 23. On April 7, 2017, Plaintiff filed a complaint against Defendant alleging that it violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, *et seq.* ("FDCPA") and the Telephone Consumer Protection Act, 47 U.S.C. §§ 227, *et seq.* ("TCPA").

On May 31, 2017, the Clerk entered an order of default against Defendant for failing to answer or otherwise defend. Dkt. 9. Plaintiff now seeks a default judgment against Defendant for its violation of the TCPA. Dkt. 23. Plaintiff seeks a judgment in the amount of $147,500, comprised of $500 in damages for the first telephone call and $147,000 in treble damages for the subsequent ninety-eight telephone calls. Plaintiff has provided proper notice to Defendant by regular and certified mail. Dkts. 26-27. To date, Defendant has not appeared or responded to the Motion.

Accordingly, it is this Court's Report and Recommendation that Plaintiff's motion for default judgment [23] be entered in favor of Plaintiff and against Defendant in the amount of $147,500. Any objection to this Report and Recommendation shall be filed by February 8, 2018. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Dated: January 26, 2018        By: _____
                                                                     Iain D. Johnston
                                                                     United States Magistrate Judge