# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Stephen Fuhri, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No: 17 C 50108 |
| | ) | |
| WD Services, LLC, | ) | |
| | ) | |
| *Defendant.* | ) | Judge Frederick J. Kapala |

## **ORDER**

Before the court is a report and recommendation ("R&R") [29] from the magistrate judge that this court grant plaintiff's motion for entry of default judgment [23] against defendant as to the Telephone Consumer Protection Act ("TCPA") claim alleged in Count II of the complaint and that judgment in the amount of $147,500 be entered. Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R and grants plaintiff's motion for entry of default judgment. Default judgment will enter against defendant as to the TCPA claim alleged in Count II in the amount of $147,500. Because Count I has been withdrawn, it is dismissed, and this case is closed.

Date: 2/15/2018                                              ENTER:

_____
FREDERICK J. KAPALA

District Judge